IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TIANT HUTCHINSON,**
**D.O.C. #M35104,**

    *Plaintiff,*

v.                                CASE NO.: 4:20cv18-MW/MAF

**DR. A. CORTES,**
**DR. NAYYER ISLAM,**
**and DR. A. VARONA,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 39. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. Defendant Islam's Motion to Set Aside Clerk's Default and to Accept Untimely Motion to Dismiss, ECF No. 37, is **GRANTED**. The Clerk shall vacate the entry of default as to Dr. Nayyer Islam, ECF No. 32, and Defendant Islam's

Motion to Dismiss, ECF No. 38, shall be considered timely filed.  This matter is remanded to the Magistrate Judge for further proceedings.

    **SO ORDERED on October 14, 2020.**

                                            <u>s/Mark E. Walker         </u>
                                            **Chief United States District Judge**