IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**TIANT HUTCHINSON,**

    *Plaintiff*,

v.                                                                  Case No.: 4:20cv18-MW/MAF

**DR. A. CORTES, et al.,**

    *Defendants*.

_____/

### ORDER ACCEPTING AND ADOPTING
### REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 61. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 61, is **accepted and adopted** as this Court's opinion. Defendant Varona's motion to dismiss, ECF No. 41, is **GRANTED in part** and **DENIED in part**. Plaintiff's state law claims against Defendant Varona are **DISMISSED**; however, Plaintiff's Eighth Amendment claim against Defendant Varona may proceed, limited to Plaintiff's request for monetary damages against Defendant Varona in her individual capacity. This matter shall be

remanded to the Magistrate Judge for further proceedings in accordance with this Order.

**SO ORDERED on March 26, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**