# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**TIANT HUTCHINSON,**

   *Plaintiff*,

v.                                           Case No.: 4:20cv18-MW/MAF

**DR. A. CORTES,**
**DR. NAYYER ISLAM,**
**and DR. A. VARONA,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 63. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 63, is **accepted and adopted** as this Court's opinion. Defendant Cortes's motion to dismiss, ECF No. 49, is **GRANTED**. Defendant Islam's motion to dismiss, ECF No. 38, is **GRANTED in part** and **DENIED in part**. Plaintiff's state law claims against Defendants Cortes

and Islam are dismissed, but the Eighth Amendment claims may proceed. The Clerk shall remand this case to the Magistrate Judge for further proceedings.

**SO ORDERED on May 4, 2021.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
