IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEEE DIVISION

TIANT HUTCHINSON,

    *Plaintiff*,

v.                                         Case No.: 4:20cv18-MW/MJF

NAYYER ISLAM, et al.,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 97. Upon consideration, no objections[1] having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 97, is **accepted and adopted** as this Court's opinion. Defendant Islam's motion for summary judgment, ECF No. 78, is **GRANTED**. I do not direct entry of final judgment pursuant to Rule 54(b). This

---

[1] Plaintiff filed a response to an earlier order indicating that he has complied with the Magistrate Judge's order, ECF No. 94, to file a notice of address change, which confirms his desire to pursue his litigation. *See* ECF No. 98. However, Plaintiff has filed no objections to the report and recommendation, ECF No. 97, and the time to do so has expired.

case is remanded to the Magistrate Judge for further proceedings.

**SO ORDERED on May 27, 2022.**

**s/Mark E. Walker            
Chief United States District Judge**
