IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TIANT HUTCHINSON,

    *Plaintiff*,

v.                              Case No.: 4:20cv18-MW/MAF

DR. NAYYER ISLAM and
DR. A VARONA,

    *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 100. This Court agrees with the Magistrate Judge's recommendation that Plaintiff has not come forward with any evidence to establish a genuine dispute as to whether Plaintiff had a serious medical need when Dr. Varona evaluated his knee condition or that Dr. Varona was aware of such a need and was deliberately indifferent to it. Accordingly, upon consideration, no objections having been filed by the parties,

    **IT IS ORDERED:**

The report and recommendation, ECF No. 100, is **accepted and adopted** as this Court's opinion. Defendant Varona's motion for summary judgment, ECF No. 77, is **GRANTED**. I do *not* direct the entry of judgment under Federal Rule of Civil

Procedure 54(b). This matter is remanded to the Magistrate Judge for further proceedings consistent with this Order.

    **SO ORDERED on June 27, 2022.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
